# NOTICE TO UNITED STATES TRUSTEE OF
# CHAPTER 7 ASSET CASE

The following Chapter 7 Case should be designated as an Asset Case:

**CASE NAME:** Cristopher M Novick & Jennifer F Novick

**CASE NO.:** 22-19225 RG

**AMOUNT OF FUNDS ON HAND:** $_____

If there are no funds on hand, but assets that will produce funds for this estate, indicate actual or estimated value of the assets:

(Non-exempt equity in debtor's real property located Address, Town, State, Zip.)

(Non-exempt funds from the settlement/award of debtor's pending personal injury action.)
(Non-exempt funds from the settlement/award of debtor's personal injury action. In addition the sale proceeds from debtor's dental equipment.)
(Non-exempt monies from the debtor's pending employment litigation.)
(Non-exempt funds from preference action against debtor's mother-in-law.)
(Non-exempt proceeds from fraudulent conveyance of real property.)
(Nonexempt monies in fraudulent transfer recoveries).

(Non-exempt proceeds from inheritance of the debtor's grandfather estate.)
(Non-exempt proceeds from inheritance of the debtor's grandfather estate.)
(Non-exempt proceeds from the debtor's inheritance from deceased father estate.)

**ACTUAL VALUE:** $_____

**ESTIMATED VALUE:** $_____

Other information relating to status of case:

Signature of Trustee: /s/ Donald V. Biase        Dated: February 25, 2024